# EXHIBIT A

**BTL Industries, Inc.**
362 Elm St
Marlborough, MA 01752
Phone (866) 285-1656   Fax (888) 499-2502
www.btlaesthetics.com   info@btlnet.com

Office:
Street:
City, State, Zip:
Phone:
Key MD:
Key Operator:

*Handwritten:*
Women's Health Care of Boca Raton
Dr. David Ellman
9970 N Central Park Blvd #301
Boca Raton, FL 33428
office: 561-465-8800
cell: 561-716-7241

Physician's Email: EllmanD324@gmail.com
Operator's Email:

# QUOTATION

| Date | BTL Representative | Terms of Delivery |
|---|---|---|
| 3/2/23 | KH/RO | FCA Marlborough, MA |

| Qty | Product # | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | A899.001/130/150 | EMsculpt NEO® with Small RF+HIFEM applicators and EDGE RF+HIFEM applicators<br>system includes: Emsculpt NEO® one set each of Large, Small and EDGE applicators, power cord.<br>The applicators are free from defects for a period of 9,000 minutes of treatment.<br>All other parts of the device are covered for the remainder of the original warranty, one year.<br>Large and Small applicator replacement cost is $15,000 if you are in compliance with MAP.<br>This should be approximately for 300 patient treatments with each set of applicators. | $349,000.00 | $349,000.00 |
| 1 | BTL EMSELLA ® | EMSELLA®<br>system includes: EMSELLA® control unit, Chair Applicator | $179,000.00 | $179,000.00 |

|  |  |
|---|---|
| Subtotal | $528,000.00 |
| Shipping | $2,580.00 |
| SubTotal | $530,580.00 |
| Sales tax rate |  |
| Sales rate* | $0.00 |
| Total | $530,580.00 |

This tax is an estimate and the customer is responsible for any difference upon invoice.*
☐ Include Freight in Tax

**Payment Terms:**
By signing below, the Customer is entering into a binding agreement for the purchase of the equipment and/or services described and accepts the Terms and Conditions of Sale attached to this Quotation and any Additional Terms written below. Federal law restricts the equipment to sale by or on the order of a licensed practitioner.

**Additional Terms**

*Handwritten:*
- Landing Page Assets / Included - Photo Rx Included
- SMM 365 - Included
- BJ GAWS 1 Year - Included (365)
- Friend Media - Included

**BTL Industries, Inc. ("BTL") Terms and Conditions of Sale** BTL provides its quotation and offer for sale of the Equipment listed above under the following terms and conditions only.

**Payment Terms.** Customer must pay a non-refundable deposit or the entire balance for all Equipment. Customer must pay a non-refundable deposit or the entire balance for all Equipment and services including all taxes, fees and similar charges imposed by any governmental authority, before BTL will ship the Equipment or render the services. Interest will be charged at the rate of 18% per year, but not more than the highest rate permitted by applicable law, on accounts more than 30 days past due. All sales are final.

**Security Interest.** BTL reserves and the Customer grants to BTL a security interest in all Equipment sold and all proceeds to secure the full payment and performance by the Customer of its liabilities and obligations to BTL.

**Customer Representations.** Customer represents and agrees that Customer will use the Equipment in accordance with the Operator's Manual and with applicable federal, state, and local laws and regulations.

**Warranty.** BTL warrants to Customer only that the Equipment will be free from defects in material and workmanship which BTL determines in the exercise of its reasonable judgment impairs the ordinary use of the Equipment. The Warranty is limited to

(1) one year from the date of shipment by BTL,
(2) under normal use and service,
(3) operated in a manner consistent with the specifications set forth in the Operator's Manual,
(4) Equipment serviced by authorized BTL personnel only, and
(5) Equipment using BTL-approved components.

This Warranty shall be void if any of these conditions are not met; if the Equipment has been subject to abuse, misuse, neglect, or accident; if the Equipment has been improperly stored, handled, or maintained; or if persons other than authorized BTL service personnel attempt or actually dismantle, disassemble, alter, or modify the Equipment. Customer's only remedy is that BTL will repair or replace a nonconforming part and supply the labor required to correct any defect, so long as the defect is reported to BTL during the warranty period. This Warranty is non-transferable. Consumable or disposable parts or accessories of the Equipment that are purchased at a future date will be sold with their own warranties and are not included in this Warranty. No amendment to this Warranty is effective unless it is in writing and signed by BTL.

**Warranty Disclaimer.** THE ABOVE IS BTL'S ONLY WARRANTY OBLIGATION, AND THE REMEDY PROVIDED ABOVE IS IN LIEU OF ANY AND ALL OTHER REMEDIES. THERE ARE NO OTHER AGREEMENTS, GUARANTEES, OR WARRANTIES, ORAL, WRITTEN, EXPRESSED, IMPLIED, OR STATUTORY, INCLUDING, WITHOUT LIMITATION TO, WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. BTL SHALL NOT BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES DUE TO ANY CAUSE WHATSOEVER.

**Restrictions on Resale.** Customer agrees not to sell the Equipment to a third party unless such third party has been trained and certified by BTL to use the Equipment and Customer has provided the third party's name and contact information to BTL.

**Trademarks.** BTL Marks shall mean any registered or unregistered trademarks or trade names in the USA owned by BTL or its affiliates, or licensed to BTL. The Customer is granted a nonexclusive, non-transferable, limited license to use the BTL Marks that identify the specific Equipment and related services, for the express purpose of identifying and advertising the Equipment and related Services that Customer offers. Customer agrees to add such BTL Marks to its website within 30 days from delivery of the Equipment. Customer agrees not to obtain, register, or use any trademarks, internet domain(s), or business entity name(s) consisting of or incorporating the BTL Marks. Customer acknowledges its use of BTL Marks inures solely to BTL's benefit. Customer shall not debrand, rebrand, or private label any BTL Equipment or Service. This limited license to use the BTL Marks is subject to compliance with the terms of this Agreement.

**Marketing Services.** If Customer purchases a marketing services package as part of this Agreement, then BTL and Customer will make reasonable efforts to cooperate in the provision of those services. BTL makes no representations or warranties with respect to any third-party marketing services including, but not limited to, any warranty of merchantability and warranty of fitness for a particular purpose.

**No Liability for Marketing Services.** IN NO EVENT WILL BTL BE LIABLE TO CUSTOMER FOR ANY DAMAGES ARISING OUT OF CUSTOMER'S USE OF ANY MARKETING SERVICES, INCLUDING THE PROVISION OF THIRD-PARTY MARKETING SERVICES (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF USE, REVENUE OR PROFIT, BUSINESS INTERRUPTION, AND LOSS OF INFORMATION).

**Data Collection.** BTL reserves the right to periodically collect Equipment usage data for the purpose of running diagnostics and improving usability and performance. Data collected will not contain any patient identification information.

**Applicator Lifetime.** The Emsculpt and Emsculpt NEO® applicator lifetime is set to 9,000 minutes.

**Minimum Advertised Pricing Policy.** If Customer participates in Emsculpt NEO® MAP (minimum advertised pricing of $850/ treatment) , Emsculpt MAP (minimum advertised pricing of $750/treatment), and Emface® MAP (minimum advertised pricing of $1000/treatment), BTL will offer the following benefits:

- (1) include Customer in BTL's provider directory,
- (2) 2nd and 3rd year warranty service coverage at no charge (annual value of $15,000) on the Emsculpt, Emsculpt NEO or Emface device (excluding consumables and replacement parts)
- (3) discount from list price for replacement applicators (from $30,000 to $10,000 per pair of Emsculpt applicators, from $30,000 to $15,000 per pair of Emsculpt NEO applicators, and from $3,200 to $1,600 per 20-piece box of forehead single-use applicators or 40-piece box of cheek single-use applicators.

BTL will provide Customer with a written notice for the first non-compliance with MAP, and a second infraction will result in loss of benefits. Examples of non-compliance to MAP policy include representing over the phone, promoting, or publishing:

- Treatments at a price below the MAP
- "Buy one, get one" offers
- Package offers averaging out to less than MAP
- Statements such as or similar to "we will beat any price" or "guaranteed lowest pricing anywhere"
- Participating in social coupons and discount sites

Any modification to the MAP policy must be in writing by BTL. BTL sales employees or independent contractors do not have the authority to modify or grant exceptions to this policy. BTL reserves the right to adjust the MAP at its sole discretion at any time. BTL may also designate promotional periods during which the policy terms change.

**Governing Law; Jurisdiction.** This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Massachusetts. The Customer agrees to submit all disputes arising out of, or relating to, this Agreement to a court in Boston, Massachusetts.

**Entire Agreement.** Customer agrees to purchase according to these terms and conditions. No other terms and conditions apply unless BTL and Customer expressly agree in writing.

Signature (authorized Representative): _[signed]_

Print Name: David Ellman

Date: 3/2/23

FO-098-USA-Quotation-127                                        3 of 3