# EXHIBIT B

**TERMS AND CONDITIONS FOR**

**SPARK MARKETING, INC. CONSULTING SERVICES**

Your use of the Services provided by Spark Marketing, Inc. is conditioned on your acceptance of and compliance with these Terms. These Terms are binding upon, and shall inure to the benefit of the parties themselves, as well as their respective representatives, successors, permitted assigns, heirs and estates. By accepting these services you agree to be bound by these Terms. If you disagree with any part of the terms then you may not utilize our services.

NOW, THEREFORE, Client hereby agrees as follows:

1. **Consulting Services**

    1.1 <u>Schedule of Work:</u> Subject to the terms and conditions of this Agreement, the Client hereby retains the Agency to perform the services specifically set out in the Schedule of Work (hereafter referred to as the "SOW"), attached to these Terms and Conditions and hereby incorporated herein by reference, or as said SOW may be amended in writing from time to time, and the Agency agrees, subject to these terms and conditions, to render such Services during the term of the Consultancy Period. These Terms and Conditions shall govern the provision of services to the Client by the AGENCY ("Agency"). In the event of any conflict between the terms of any SOW and these Terms and Conditions, the Terms and Conditions shall control.

    1.2 <u>Additional Services, Changes to SOW:</u> Any services outside the scope of the SOW or changes to previously approved work requested by the Client shall be the subject of an additional SOW to be approved in writing by both parties. Each such additional SOW is hereby incorporated herein by this reference and subject to these Terms and Conditions.

    1.3 <u>Packaged Services:</u> Any services which Client is entitled to receive by way of a third-party agreement must start their services with Agency within six (6) months from the date that Agency contacts Client. If Client does not begin its marketing services within those six (6) months Client will forfeit its marketing dollars/credit provided for by the third party and will not receive any refunds.

    1.4 <u>ADA Website Accessibility:</u> ADA website accessibility standards have not yet been finalized by the U.S. Department of Justice or any other federal governmental authority under Article III of the ADA. Accordingly, Agency makes no representation or warranty that any website that is developed by Agency for Client is ADA-compliant. Agency may offer Client the option of selecting an accessibility tool offered by a third-party provider, however, Agency's referral or the offering of the option to Client to use a third-party provider to provide Client such services will not create any liability of Agency for the responsibility of the Client's website to become ADA-compliant. The sole responsibility to ensure ADA-Compliance of Client's website is the Client. Agency shall provide minimal levels of ADA-Compliance pursuant to terms as agreed to in the SOW, if any.

2. **Client Representative**

    2.1 <u>Sole Representative:</u> In order to avoid miscommunication, the Client shall appoint a sole representative with full authority to provide or maintain any necessary information and approvals that may be required by Agency (the "Client Representative"). The Client Representative shall be responsible for coordination and review of the Agency's services and notifying Agency of Client instructions, change orders and approvals. The signature or e-mail approval of the Client Representative shall be final and binding on Client. The Client Representative cannot be a third-party marketing company.

    2.2 <u>Change of Sole Representative:</u> Client is responsible to inform Agency of a change to the Sole Representative of the Client. Agency is not responsible for any work performed under the authorization of a former Sole Representative due to the Client's failure to inform Agency of a change to the Sole Representative.

3. **Client Materials; Rights, Ownership and Usage of Work**

    3.1 <u>Client provided materials:</u> All copy provided by the Client shall be in electronic format suitable for digital purposes. Where photographs, illustrations or other visual materials are provided by the Client, they shall be of professional quality and in a form suitable for reproduction without further preparation or alteration. The Client warrants that all assets, concepts, materials, specifications, information and instructions provided by Client or its

agents may be exploited pursuant to these Terms and Conditions and any applicable SOW, including on the Internet, without violating any laws and without violating or infringing any rights of any third parties.

3.2 Agency Usage of Work Product:

(i) Agency may use and distribute client work as part of its portfolio for promotional purposes;

(ii) Agency shall own and retain all rights to any and all concepts, ideas, designs, proposals and other work and materials (collectively, "Work") which have been presented to the Client but not included in the final work product;

(iii) If the Client desires to utilize any of the Work, whether accepted or rejected by the Client hereunder, for any marketing campaign, promotion, product, service, advertisement or any other purpose outside the scope of these Terms and Conditions, then the Client shall hire Agency to design, create, develop, market and otherwise implement such work. The Client may solicit or hire a third party to implement such Work if, and only if, Agency declines to do so and such third party is hired on terms in no way more beneficial than the terms first offered to Agency.

3.3 Agency Rights, Ownership and Usage of Work Product: Subject to the services provided hereunder, Agency shall retain all rights to any illustrations and other proprietary artwork. Except as otherwise set forth in this Section 3, Agency grants Client the limited, exclusive right to use the Designs as set forth in any SOW.

3.4 Agency Rights to Administrative Access Social Media Accounts: If Agency is utilizing Social Media advertising for Client's marketing campaign, Agency requires administrative access to Client's Facebook Business page throughout the entire term of campaign or SOW. Client understands that this access is required for Agency to carry out Client's marketing campaign.

4. **Approval of Work**

4.1 Written Approval by Client: Work will not commence until the signed Agreement has been received. Within five (5) business days following receipt of any deliverables, the Client will provide Agency with either (i) written approval and acceptance of such deliverable (which will not be unreasonably withheld), or (ii) a written list of reasonable modification guidelines that will bring the deliverables into compliance with the SOW. Each deliverable hereunder will be deemed accepted by the Client if, within five (5) business days of its delivery to the Client, the Agency does not receive the foregoing written notice. However, Client agrees that the Agency shall have the right to change out the imagery for a Client or other service without approval under a SOW in order to optimize the Client ad performance an in furtherance of Agency of performing its services under the Agreement or SOW.

Client acknowledges that Agency is unable to provide legal advice or guidance as to whether Work created by Agency complies with the laws, rules and/or guidelines of all local, state, territory, federal or regulatory bodies governing Client's State or Country of operation, industry or professional practice. It is Client's sole responsibility to ensure all Agency deliverables, materials, plans or other Work created or produced by Agency comply with these laws, rules and/or guidelines before accepting said Work. Client's acceptance or deemed acceptance of each deliverable is also Client's agreement that said deliverable complies with all such laws, rules and/or guidelines. In the event that any Work created or produced by Agency violates the laws, rules and/or guidelines governing Client, Client agrees that Client is solely responsible for any penalties, fines or liability incurred due to this violation and further agrees to waive any claims Client may have against Agency and to indemnify, defend (at its own cost and expense) and hold Agency and its officers, employees and agents harmless from and against any and all claims, suits, demands, damages, losses and expenses arising from any violation if at any time it is determined that Agency Work fails to comply.

The Client's written approval of any deliverables, materials, plans or other Work created or produced by the Agency in the course of the provision of the Services, or any cost estimate, will constitute the Agency's authority to purchase, publish, and make contracts for talent, space, time and other facilities and otherwise to do any other act or thing which the Agency considers it reasonable to do in order to carry out its obligations under these Terms and Conditions or any Statement of Work.

The Agency will not be obliged to commit to any expenditure on behalf of the Client without first receiving written confirmation of the Client's instructions and the Agency will not be responsible for the consequences of any delay on the part of the Client in providing such written confirmation.

Client will appoint Designated Approver(s) for Services to be rendered under this Agreement which is attached as **EXHIBIT B** and incorporated by reference hereto.

## 5. Confidential Information; Non-Solicitation

5.1 <u>Confidential Information:</u> Confidential information is that which relates to the Client's or Agency's research, development, trade secrets or business affairs and includes, in the case of Agency's confidential information, concepts presented to, but not selected by, the Client; it does not include information that is generally known or easily ascertainable by third parties. Agency and the Client shall mutually respect and maintain each other's confidential information and shall use it only to perform their respective obligations hereunder. For the avoidance of doubt, confidential information does not include information, which is public knowledge, was in the recipient's possession before receipt or is independently developed by the recipient.

5.2 <u>Non-Solicitation:</u> Neither party shall solicit the other's employees, independent contractors or consultants or engage them in any work independent the parties' relationship under this Agreement during Consultancy Period and for two (2) years thereafter.

## 6. Indemnification

The Client is responsible for obtaining all legal clearances required for the performance of services hereunder. The Client shall indemnify, defend (at its own cost and expense) and hold Agency and its officers, employees and agents harmless from and against any and all claims, suits, demands, damages, losses and expenses arising from any breach, misrepresentation, copyright infringement or other act or omission of the Client.

## 7. Quality Assurance - Recorded Calls

7.1 <u>Recorded Calls:</u> Agency offers several marketing options for Clients that may include recording calls with Client's potential patients and customers as part of Agency's marketing program. Agency may audit, monitor and record calls with potential patients, customers, Client's business staff and employees, as well as implement Secret Shop programs to verify the quality and ensure the success of the marketing Services being provided. Recorded calls as part of Agency's marketing campaigns, Secret Shop program or Agency's Audits are used to comply with industry regulations, capture lost details, review the marketing program performance; determine the quality of the sales leads or other Services being provided by Agency to Client.

Client acknowledges the value and importance of Agency recording calls between business staff and incoming Agency leads (potential patients) and consents to Agency recording calls.

If Client receives services from Agency's SparkConnect service, Client acknowledges that Agency will be sending emails and texts on Client's behalf as well as making calls which will be recorded by Agency. If Client is a HIPAA covered entity or business associate, Agency will offer Client the opportunity to execute its standard Business Associate Agreement (or "BAA") that satisfies the applicable subcontracting requirements under HIPAA and the HITECH Act.

Federal and state laws differ as to the legality of recording phone calls and conversations. Determining which jurisdiction's law controls in cases involving recording devices or parties in multiple states can be complex, so it is likely best to adhere to the strictest applicable law when in doubt, and/or get the clear consent of all parties before recording. Agency recommends getting consent from all parties for the call being recorded. The Agency is not responsible or liable for the failure of the Client to properly implement policies and procedures for recording phone calls and conversations and be in compliance with its own states laws. Client must look to its own states laws and seek legal counsel if necessary.

7.2 <u>Compliance – Marketing Messages with SparkConnect:</u> If Client receives services from Agency's SparkConnect service, Client acknowledges and agrees that Client will only send marketing messages in the form of emails and texts to patients who have opted into receiving marketing messages from Client's practice.

Client acknowledges and agrees that any contact Client has manually entered into SparkConnect through the reputation management feature may not be sent marketing messages through SparkConnect unless the contact has opted in to receive marketing messages. Client will only send review requests to actual patients of Client's practice.

## 8. Nonperformance by and Liability of Agency

8.1 <u>Delays or Nonperformance by Agency:</u> Agency shall not be held responsible for delays or nonperformance caused by activities or factors beyond its reasonable control, including delays and nonperformance caused by:

(i) Facebook or Google Ad disapprovals; malfunctions, outages or ad campaign disruptions;

(ii) Third Party acts or omissions such as viruses, denial of service attacks, terrorism; strikes, lockouts, work slowdowns, or stoppages;

(iii) Acts of God such as fire, earthquakes, accidents, blackouts, hurricanes, floods or other Force Majeure; or

(iv) Acts or Omissions by the Client or its contractors, such as failure by the Client to timely furnish information or approve or disapprove work, and/or faulty performance by the Client or its contractors.

8.2 <u>Maximum Liability of Agency:</u> In the event that Agency fails to perform a material provision of the Agreement, Agency's liability shall not exceed the total fees received by Agency under this Agreement prior to the Agency's breach (hereafter referred to as "Maximum Liability"). Agency's liability is limited to the Maximum Liability even if Client previously provided written notice of Agency's fault and whether Client chooses to terminate this Agreement or not. Client agrees to waive any rights Client may have to seek any indirect, third-party, incidental, special, consequential, exemplary or punitive damages from Agency arising from Agency's material breach of these Terms and Conditions.

## 9. Severability

In the event that any sentence, section, paragraph or portion of these Terms and Conditions shall be held by a court to be invalid or unenforceable for any reason, such invalidity or unenforceability shall not affect the remaining portions of these Terms and Conditions and the same shall remain in full force and effect.

## 10. Governing Law; Jurisdiction

Parties agree that all terms and conditions shall be interpreted and construed in accordance with the laws of the State of Florida, without regard to any conflict of laws principles. Each party hereby irrevocably consents to the exclusive jurisdiction of the State and Federal courts sitting in Palm Beach County, Florida for the purpose of hearing and deciding any and all disputes, claims and controversies arising out of and relating to this Agreement. Client agrees to waive all defenses to any suit filed in Florida based upon improper venue or *forum nonconveniens*. The prevailing party in any such action or proceeding shall be awarded all of the costs and fees incurred by it reasonably related thereto, including the fees of its attorneys.

## 11. Notices

Notices required hereunder shall be given by written notice sent by registered U.S. mail, return receipt requested, or by electronic transmission producing a written record, to the addresses for Parties set forth above.

## 12. Outcome Not Guaranteed

Nothing in this Agreement, nor in any past or future verbal or written communication between Client and Agency can be construed as a guarantee about the outcome or results of Client retaining Agency.

By signing below, I agree to the Terms & Conditions listed above.

_Ellman Esthetics_
Business Name

_David E_
Signature of Client

_David Ellman_
Name of Client

_Owner_
Authority Level

_3/22/2023_
Date

# EXHIBIT A
## Schedule of Work

**BTL Marketing Package:**

- **Smart Ads campaign for EMSCULPT NEO**
- **SparkConnect Pro**

## EXHIBIT B

## Designated Approver

I acknowledge and authorize the following Individual(s), known as "Designated Approver", to have full power and authority to approve of and make changes to any services rendered by Spark Marketing on my behalf. By doing so, I give Spark Marketing permission to send Designated Approver all information regarding services rendered and to perform any tasks given by Designated Approver.

Any updates or changes beyond these in which Designated Approver has approved may be subject to a delay in service or additional costs.

If the business relationship between any of the authorized individual(s) changes, I acknowledge that I will give Spark Marketing notification immediately.

**DOCTOR / OWNER**

Full Name: _David Ellman_

Position / Title: _MD_

Email Address: _Ellman324@gmail.com_

Phone Number: _561-716-7241_

**DESIGNATED APPROVER(S)**

Full Name: _____

Position / Title: _____

Email Address: _____

Phone Number: _____